IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:14-CV-5-D

| | |
|---|---|
| WILLIAM EARL BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

UPON CONSIDERATION of the Defendant's Motion for Entry of Judgment With Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to that motion, and the entire record in this case, it is by the Court this __13__ day of __July__, 2014, hereby

ORDERED, that the final decision of the Commissioner is reversed and that this matter is hereby remanded of the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

So ordered this __13__ day of __July__, 2014.

_____
JAMES C. DEVER III
Chief United States District Judge