UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:14-CV-5-FL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2014, that defendant's motion to remand is granted and the Commissioner's decision is reversed under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). This matter is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on July 15, 2014, and Copies To:**

Daniel R. Lauffer (via CM/ECF Notice of Electronic Filing)
Craig B. Ormson (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


July 15, 2014                   JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk