IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:14-CV-5-D

WILLIAM EARL BRYANT, )
)
   Plaintiff, )
v. ) ORDER
)
CAROLYN W. COLVIN, )
  Acting Commissioner of Social Security, )
)
   Defendant. )
)

    Upon Plaintiff's Application for Attorney's Fee Under the Equal Access to Justice Act (EAJA), a motion to which the Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, did not object,

    It is hereby ORDERED that the Defendant pay to Plaintiff, the sum of $4,114.00 in full satisfaction of any and all claims arising under the EAJA, 28 U.S.C. § 2412.

    Upon payment, this case will be dismissed with prejudice..

    This 23 day of January, 2015.

                        JAMES C. DEVER III
                        Chief United States District Judge