UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM EARL BRYANT, )<br>              Plaintiff, )<br>                        )<br>  v.                        )<br>                        )<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>              Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:14-CV-5-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $14,000.00, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on September 12, 2016, and Copies To:**

| | |
|---|---|
| Daniel R. Lauffer | (via CM/ECF Notice of Electronic Filing) |
| Craig B. Ormson | (via CM/ECF Notice of Electronic Filing) |
| Mark J. Goldenberg | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>September 12, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br>      Deputy Clerk |